PER CURIAM.
Affirmed upon the authority of North Dade Plumbing, Inc. v. Bowen, Fla.App, *124 1960, 116 So.2d 790; San Diego Bldg. Trades Council, Millmen’s Union, Local 2020 v. Garmon, 359 U.S. 236, 79 S.Ct. 773, 3 L.Ed.2d 775. See N.L.R.B. v. Insurance Agents’ International, 361 U.S. 477, 80 S.Ct. 419, 4 L.Ed.2d 454, 466, note 23; United Brick & Tile Division, etc. v. Wilkinson, Mo.App.1959, 325 S.W.2d 50, 55.
HORTON, C. J., and PEARSON and CARROLL, CHAS., JJ., concur.